## 43313.   AKINS v. THE STATE.

WHITMAN, Judge.   The appeal in this case involves an attack on the constitutionality of a state statute, which comes within the exclusive jurisdiction of the Supreme Court.   This case is therefore transferred to the Supreme Court.

*Transferred to the Supreme Court.   Felton, C. J., and Eberhardt, J., concur.*

ARGUED JANUARY 8, 1968—DECIDED JUNE 6, 1968.

*B. Clarence Mayfield,* for appellant.

*Andrew J. Ryan, Jr., Solicitor, Tom A. Edenfield,* for appellee.